180 So. 898

**Wiley HARDIN v. STATE.**

8 Div. 659.

Court of Appeals of Alabama.
April 12, 1938.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

181 So. 920

**John HARLAND v. STATE.**

8 Div. 594.

Court of Appeals of Alabama.
May 24, 1938.

A. A. Carmichael, Atty. Gen., for the State.

RICE, Judge.
Appeal dismissed.

181 So. 920

**H. K. HARPER v. STATE.**

6 Div. 259.

Court of Appeals of Alabama.
May 10, 1938.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

177 So. 921

**Terrell HARRIS v. CITY OF TUSCALOOSA.**

6 Div. 227.

Court of Appeals of Alabama.
Nov. 26, 1937.

PER CURIAM.
Appeal dismissed for want of prosecution.

177 So. 921

**Terrell HARRIS v. CITY OF TUSCALOOSA.**

6 Div. 228.

Court of Appeals of Alabama.
Nov. 26, 1937.

PER CURIAM.
Appeal dismissed for want of prosecution.

176 So. 922

**John M. HARRIS v. STATE.**

4 Div. 343.

Court of Appeals of Alabama.
Nov. 9, 1937.

RICE, Judge.
Affirmed.